1

2

3            UNITED STATES DISTRICT COURT

4            CENTRAL DISTRICT OF CALIFORNIA

5

6

7    LISA ANDERSON,                    )  Case No:  5:18-CV-00458-KS
                                       )
8            Plaintiff                 )  ~~[PROPOSED]~~ JUDGMENT
                                       )
     v.                                )
9                                      )
     NANCY A. BERRYHILL, Acting        )
10   Commissioner of Social Security,  )
                                       )
11           Defendant.                )
                                       )
12                                     )
                                       )
13   _____)

14

         Having approved the Stipulation To Voluntary Remand Pursuant To
15
     Sentence Four Of 42 U.S.C. § 405(g),
16
         IT IS ORDERED that judgment is entered in accordance with the Order Of
17
     Remand.
18

19

20

21   DATE:  November 27, 2018       _____

22                                  THE HONORABLE KAREN L. STEVENSON
                                    United States Magistrate Judge
23

24

25

26

                                       -1-